UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OSCAR A. GOMEZ, et al.,
    Plaintiffs,

vs.             CASE NO. 8:08-CIV-2262-T-17-EAJ

TUSCANY PRESERVE DEVELOPMENT
INC.,
    Defendant.
_____/

**ORDER**

This cause is before the Court on the defendant's motion to dismiss or, in the alternative to transfer or remand, (Docket No. 10) and response thereto (Docket No. 13). The Court find the motion persuasive on the issue of dismissal and incorporates it by reference herein. The Court also adopts the well-reasoned opinions of Judge Steven D. Merryday, Case No. 8:08cv958, Judge Gregory A. Presnell, Case No. 6:08cv1441, and Senior Judge G. Kendall Sharp, Case No. 6:08cv998, in related actions and concludes that the forum-selection clause herein requires litigation to occur in a state court of Collier County, Florida. Accordingly, it is

**ORDERED** that the plaintiff's motion to dismiss (Docket No. 10) be **granted**. The Clerk of the Court is directed to close this case and to terminate any other pending motions.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 23rd day of January, 2009.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record